410 A.2d 292

**The FIDELITY BANK, Trustee of the Estate of George H. Tiernan, Appellant,**

v.

**Walter F. TIERNAN, Margaret R. Lynagh, Appellees, Cross-appellants.**

Supreme Court of Pennsylvania.

Argued Oct. 15, 1979.

Decided Nov. 26, 1979.

Reargument Denied Feb. 20, 1980.

Victor L. Drexel, James R. Ledwith, Philadelphia, for appellant in No. 124 and appellee in No. 125.

Joseph W. Fullem, Jr., Philadelphia, for appellees in No. 124 and appellants in No. 125.

Arthur C. Dorrance, Jr., Philadelphia, for Pennsylvania Bankers Association.

David J. Kaufman, Philadelphia, for amicus curiae, Sec. on Probate & Trust Law of Phila. Bar Association.

Wallace A. Ries, Philadelphia, for Corporate Fiduciaries Association of Phila.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM:

The order of the Superior Court is vacated and judgment n. o. v. is entered for the cross-appellants, Walter F. Tiernan and Margaret R. Lynagh.

MANDERINO, J., did not participate in this decision.